IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:14CR24 |
|---|---|---|
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| JEREMY DILLINGHAM, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on February 4, 2016 that counsel wishes the following exhibit held by the court in this matter to be destroyed.

Defendant's Exhibit #1 for Sentencing held 7/1/2014

Pursuant NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: February 4, 2016

BY THE COURT:

s/ **Joseph F. Bataillon**
Senior United States District Judge